**Order filed December 20, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00823-CV

_____

## IN RE EXPUNCTION

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2018-41949**

---

## ORDER

The reporter's record in this case was due October 29, 2018. *See* Tex. R. App. P. 35.1. On September 24, 2018, the court reporter notified this court that no record was taken. On December 17, 2018, this court was informed that a record was taken. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Jackson, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM